BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8973
    Facsimile:  415-744-0134
    E-Mail:  susan.l.smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL STANLEY MONTEZ, | ) CIVIL NO. 2:13-CV-0788-EFB |
| | ) |
| Plaintiff, | ) **STIPULATION AND** ~~**PROPOSED**~~ |
| v. | ) **ORDER FOR A FIRST EXTENSION OF** |
| | ) **TIME FOR DEFENDANT TO RESPOND** |
| CAROLYN W. COLVIN[1], | ) **TO PLAINTIFF'S OPENING BRIEF** |
| | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 45 days to respond to Plaintiff's opening brief. Counsel for Defendant requests this extension in light of other district court litigation and substantive non-litigation matters.

The current due date is October 24, 2013. The new due date will be December 9, 2013. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 16, 2013         /s/ Richard A. Whitaker
                                (by email authorization on October 16, 2013)
                                Attorney for Plaintiff

Dated: October 17, 2013         BENJAMIN B. WAGNER
                                United States Attorney

                        By:     /s/ *Susan L. Smith*
                                Susan L. Smith
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: October 23, 2013.

_[signature]_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE