BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8973
    Facsimile:  415-744-0134
    E-Mail:  susan.l.smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL STANLEY MONTEZ,<br><br>           Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN[1],<br>Acting Commissioner of Social Security,<br><br>           Defendant. | CIVIL NO. 2:13-CV-0788-EFB<br><br>**STIPULATION AND PROPOSED ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a second extension of time of 30 days to respond to Plaintiff's opening brief.  Counsel for Defendant requests this extension in light of other district court litigation and substantive non-litigation matters.

In addition, this extension is necessary due to the backlog of work created by the temporary lapse in federal appropriations.  At the end of the day on September 30, 2013, the appropriation that had been funding the Department of Justice expired and the appropriations to the Department lapsed.  The same was true for most Executive agencies, including the Social Security Administration.  Effective October 17, 2013, funds were appropriated for the Department of Justice and the Social Security Administration, and attorneys in both offices are resuming their usual civil litigation functions.

Notwithstanding the return of all attorneys, the Office of the General Counsel for the Social Security Administration has a substantial backlog of work as a result of this lapse in appropriations.  The Office of the General Counsel is working diligently to prioritize and work through this backlog as efficiently as possible.  As such, the Commissioner requests a 30-day extension of time for filing the Commissioner's response to Plaintiff's Motion for Remand.

The current due date is December 9, 2013.  The new due date will be January 8, 2014. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  November 20, 2013	/s/ Richard A. Whitaker
	(by email authorization on November 20, 2013)
	Attorney for Plaintiff

| | | |
|---|---|---|
| Dated: November 22, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/ *Susan L. Smith*<br>Susan L. Smith<br>Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

## ORDER

APPROVED AND SO ORDERED.

DATED:  November 25, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE